UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LEE M. PERLMAN
Attorney at Law
1926 Greentree Road, Suite 100
Cherry Hill, New Jersey 08003
(856) 751-4224

**Order Filed on April 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Michael & Maria Heller

Case No.: _____20-10966_____

Judge: _____ABA_____

Chapter: _____13_____

Recommended Local Form:  ☐ Followed    ☐ Modified

**ORDER AUTHORIZING
RETENTION OF** _SPECIAL COUNSEL_

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: April 14, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

In re:  Michael & Maria Heller

Case No.:  20-10966-ABA

Applicant:  Michael & Maria Heller

(check all that apply) ☐ Trustee: ☐ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.

☒ Debtor: ☐ Chap. 11 ☒ Chap. 13

☐ Official Committee of _____

Name of Professional:  Shane Heskin

Address of Professional:  1650 Market Street

One Liberty Place, Suite 1800

Philadelphia, PA 19103

☐ Attorney for (check all that apply):

☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☒ Other Professional:

☐ Realtor ☐ Appraiser ☒ Special Counsel ☐ Auctioneer

☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.  The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

3

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Heller  
Maria Heller  
    Debtors

Case No. 20-10966-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Apr 14, 2020  
                      Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2020.  
db/jdb     +Michael Heller,    Maria Heller,    117 Union Mill Terrace,    Mount Laurel, NJ 08054-3265  
aty        +Shane Heskin,    1650 Market Street,    One Liberty Place, Suite 1800,     Philadelphia, PA 19103-7304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2020 at the address(es) listed below:

        Andrew M. Lubin    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS INDENTURE TRUSTEE bkecf@milsteadlaw.com,   alubin@milsteadlaw.com  
        Christopher M. McMonagle    on behalf of Creditor    WBL SPO I, LLC cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com  
        Denise E. Carlon    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
        Lee Martin Perlman    on behalf of Debtor Michael  Heller ecf@newjerseybankruptcy.com,   mcdoherty@ecf.courtdrive.com  
        Lee Martin Perlman    on behalf of Joint Debtor Maria  Heller ecf@newjerseybankruptcy.com,   mcdoherty@ecf.courtdrive.com  
        Marc D. Miceli    on behalf of Creditor    The Christie Lodge Owners Association, Inc. mmiceli@sm-lawpc.com,   lindsay@sm-lawpc.com  
        Rebecca K. McDowell    on behalf of Creditor    1st Colonial Community Bank rmcdowell@slgcollect.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                              TOTAL: 9