UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Formed in the State of PA
Jason Brett Schwartz, Esquire
Bar No. 4217
1917 Brown Street
Philadelphia, PA 19130
Tel: (267) 909-9036
Fax: (267) 541-2139
E-mail: jschwartz@mesterschwartz.com
Attorney for Movant

**In Re:**

**MICHAEL HELLER AND
MARIA HELLER, Debtors**

Order Filed on August 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 20-10966-ABA

Judge: Andrew B. Altenburg Jr.

## ORDER VACATING STAY

The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby

**ORDERED**.

**DATED: August 28, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

2
Debtors:          Michael Heller and Maria Heller
Case No.:         20-10966-ABA
Caption of Order: Order Vacating Stay as To Personal Property

Upon consideration of Financial Services Vehicle Trust's Motion for an Order Vacating the Automatic Stay as to certain personal property hereinafter set forth, and good cause appearing; therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code 362(a) is vacated to permit the Movant to pursue its rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

☒ Personal property more fully described as:

**2018 BMW X2 Utility 4D 28i AWD**
**V.I.N. WBXYJ5C31JEF70845**