UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Formed in the State of PA
Jason Brett Schwartz, Esquire
Bar No. 4217
1917 Brown Street
Philadelphia, PA 19130
Tel: (267) 909-9036
Fax: (267) 541-2139
E-mail: jschwartz@mesterschwartz.com
Attorney for Movant

**Order Filed on August 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**In Re:**

**MICHAEL HELLER AND
MARIA HELLER, Debtors**

Case No.: 20-10966-ABA

Judge: Andrew B. Altenburg Jr.

## ORDER VACATING STAY

The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED**.

**DATED: August 28, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

2

| | |
|---|---|
| Debtors: | Michael Heller and Maria Heller |
| Case No.: | 20-10966-ABA |
| Caption of Order: | Order Vacating Stay as To Personal Property |

Upon consideration of Financial Services Vehicle Trust's Motion for an Order Vacating the Automatic Stay as to certain personal property hereinafter set forth, and good cause appearing; therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code 362(a) is vacated to permit the Movant to pursue its rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

☒ Personal property more fully described as:

**2018 BMW X2 Utility 4D 28i AWD**
**V.I.N. WBXYJ5C31JEF70845**

```
                        United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                    Case No. 20-10966-ABA
Michael Heller                                            Chapter 13
Maria Heller
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 1        Date Rcvd: Aug 28, 2020
                              Form ID: pdf903          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2020.
db/jdb         +Michael Heller,    Maria Heller,    117 Union Mill Terrace,    Mount Laurel, NJ 08054-3265
aty            +Shane Heskin,    1650 Market Street,    One Liberty Place, Suite 1800,
                 Philadelphia, PA 19103-7304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2020 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
               INDENTURE TRUSTEE bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Jason Brett Schwartz    on behalf of Creditor    Financial Services Vehicle Trust
               jschwartz@mesterschwartz.com
              Lee Martin Perlman    on behalf of Debtor Michael  Heller ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com
              Lee Martin Perlman    on behalf of Joint Debtor Maria  Heller ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com
              Marc D. Miceli    on behalf of Plaintiff    The Christie Lodge Owners Association, Inc.
               mmiceli@sm-lawpc.com,    lindsay@sm-lawpc.com
              Marc D. Miceli    on behalf of Creditor    The Christie Lodge Owners Association, Inc.
               mmiceli@sm-lawpc.com,    lindsay@sm-lawpc.com
              Rebecca K. McDowell    on behalf of Creditor    1st Colonial Community Bank rmcdowell@slgcollect.com
              Steven P. Kelly    on behalf of Creditor    WBL SPO I, LLC skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 11