UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____
Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

Order Filed on December 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**In Re:**

**MICHAEL HELLER and MARIA HELLER,**

     **Debtors**

Case No.: 20-10966-ABA

Judge: Andrew B. Altenburg Jr.

# ORDER VACATING STAY

  The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby

**ORDERED**.

**DATED: December 30, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

2
| | |
|---|---|
| Debtors: | Michael Heller and Maria Heller |
| Case No.: | 20-10966-ABA |
| Caption of Order: | Order Modifying Stay as To Personal Property |

Upon consideration of Financial Services Vehicle Trust's motion for an Order Vacating the Automatic Stay as to certain personal property hereinafter set forth, and good cause appearing therefore it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code 362(a) is vacated to permit the Movant to pursue its rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that this grant of relief shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

☒ Personal property more fully described as:

**2018 BMW X2 Utility 4D 28i AWD
V.I.N. WBXYJ5C31JEF70845**