UNITED STATES BANKRUPTCY
COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

**In Re:**

**MICHAEL HELLER and MARIA HELLER,**

                    Debtor

**Order Filed on January 11, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 20-10966-ABA

Judge: Andrew B. Altenburg Jr.

## CONSENT ORDER REIMPOSING STAY AS TO MOTOR VEHICLE
## 2018 BMW X2 UTILITY 4D 28I AWD

The relief set forth on the following pages, number two (2) through four (4) is hereby

**ORDERED.**

**DATED: January 11, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Doc ID: ec14e3f29ad412eea95c1c74955c03cedabde513

2

| Debtors: | Michael Heller and Maria Heller |
| Case No.: | 20-10966-ABA |
| Caption of Order: | Consent Order Reimposing Stay as To Personal Property |

1.      The 11 U.S.C. § 362(a) Stay as to Financial Services Vehicle Trust, its successors and/or

assigns ("Movant"), with respect to the personal property of the Debtors described as a 2018 BMW

X2 Utility 4D 28i AWD, V.I.N. WBXYJ5C31JEF70845, in accordance with the agreement of the

Debtors and Movant, is hereby modified PROVIDED THAT Debtors comply with the following

terms and conditions:

(a) To cure the remaining post-petition arrearage currently ripe, due and owing to Movant:

      (i) The Debtors payment of $481.62 mailed on or about December 16, 2020 must either be

received by the Movant or replaced by January 31, 2021;

      (ii) To cure the remaining post-petition arrearage currently ripe, due and owing to Movant,

Debtors will make payments to Movant as follow:

| DATE PAYMENT DUE | ADEQUATE ASSURANCE PAYMENT | ARREARS | TOTAL |
|---|---|---|---|
| 01/21/21 | $481.62 | $481.62 | $963.24 |
| 02/18/21 | $481.62 | $481.62 | $963.24 |
| 03/18/21 | $481.62 | $481.62 | $963.24 |
| 04/15/21 | $481.62 | $481.62 | $963.24 |
| Total | $1,926.48 | $1,926.48 | $3,852.96 |

      ; and

(b)      Debtors will resume making all future regular monthly installment payments of $481.62

(subject to changes for taxes, insurance costs and late fees, if any) beginning on May 14, 2021;

3
Debtors:            Michael Heller and Maria Heller
Case No.:           20-10966-ABA
Caption of Order:   Consent Order Reimposing Stay as To Personal Property

Debtors will timely make each payment in accordance with the terms and conditions of the loan

document between Debtors and Movant.

2.      Debtors will remain current on all payments ripe, due and owing under the terms of the

Chapter 13 Plan.  Debtors will pay Movant as an administrative expense through the Chapter 13

Plan the sum of $75.00 for attorney's fees and costs.

3.      The term "payment" as set forth in Paragraph 1, *supra*, does not include a check that is

returned due to insufficient funds, account closed or is otherwise not capable of negotiation for any

other reason.

4.      Debtors will be in default under the Consent Order in the event that Debtors fail to comply

with the payment terms and conditions set forth in Paragraph 1(c), *supra*. If Debtors fails to cure

the default within thirty (30) days from the date of default, Movant may apply on five days' notice

to Debtors and counsel for Debtors and the Chapter 13 Trustee for an order lifting the automatic

stays imposed under 11 U.S.C. § 362(a) and permitting Movant to exercise any rights under the

loan documents with respect to the motor vehicle including, but not limited to, initiating and

completing a sale of the motor vehicle without regard to any future conversion of this matter to a

different form of bankruptcy.

5.      In the event Debtors convert to a bankruptcy under any Chapter other than Chapter 13 of

the Bankruptcy Code, then Debtors shall pay all pre-petition arrears and post-petition arrears due

and owing within fifteen (15) days from the date the case is converted from Chapter 13 to any other

Doc ID: ec14e3f29ad412eea95c1c74955c03cedabde513

4

| | |
|---|---|
| Debtors: | Michael Heller and Maria Heller |
| Case No.: | 20-10966-ABA |
| Caption of Order: | Consent Order Reimposing Stay as To Personal Property |

Chapter. If Debtors fail to make payments in accordance with this paragraph, then Movant, through counsel, may file a Certification of Default setting forth said failure and Movant shall be granted immediate relief from the automatic stay provision of Section 362 of the Bankruptcy Code (11 U.S.C. § 362) and the Movant is then permitted to exercise any rights under the loan documents with respect to the motor vehicle including, but not limited to, initiating and completing a sale of the motor vehicle.

6.     The failure of Movant to issue a notice of default will not be construed or act as a waiver of any of the rights of Movant under the Consent Order.

7.     Debtors waive the fourteen (14) day stay provided under Rule 4001(a)(3), F.R.B.P.

**We hereby Consent to the form and entry of the foregoing Order.**

Lee Martin Perlman, Esquire
Lee M. Perlman
1926 Greentree Road, Suite 100
Cherry Hill, NJ 08003
Attorney for Debtors

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1917 Brown Street
Philadelphia, PA 19130
Attorney for Financial Services Vehicle Trust

Doc ID: ec14e3f29ad412eea95c1c74955c03cedabde513

United States Bankruptcy Court

District of New Jersey

In re:

Michael Heller

Maria Heller

    Debtors

Case No. 20-10966-ABA

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 11, 2021 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Michael Heller, Maria Heller, 117 Union Mill Terrace, Mount Laurel, NJ 08054-3265 |
| aty | + Shane Heskin, 1650 Market Street, One Liberty Place, Suite 1800, Philadelphia, PA 19103-7304 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS INDENTURE TRUSTEE bkecf@milsteadlaw.com  alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor Financial Services Vehicle Trust jschwartz@mesterschwartz.com |
| Lee Martin Perlman | |

| | |
|---|---|
| Lee Martin Perlman | on behalf of Debtor Michael Heller ecf@newjerseybankruptcy.com  mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| | on behalf of Joint Debtor Maria Heller ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Marc D. Miceli | on behalf of Plaintiff The Christie Lodge Owners Association  Inc. mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com |
| Marc D. Miceli | on behalf of Creditor The Christie Lodge Owners Association  Inc. mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com |
| Rebecca K. McDowell | on behalf of Creditor 1st Colonial Community Bank rmcdowell@slgcollect.com |
| Steven P. Kelly | on behalf of Creditor WBL SPO I  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11