Order Filed on June 15, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Lavin, Cedrone, Graver, Boyd & DiSipio
1300 Route 73, Suite 307
Mt. Laurel, NJ 08054
(856) 778-5544
Attorneys for Ally Bank Lease Trust

| | |
|---|---|
| IN RE:<br><br>MICHAEL HELLER and<br>MARIA HELLER<br>　　　　　　Debtors | Case No. 20-10966(ABA)<br><br>Chapter 13<br><br>Hearing Date:<br><br>Judge:  Andrew B. Altenburg Jr. |

Recommended Local Form    ■ Followed    □ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 15, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Michael Heller and Maria Heller
Case No. 20-19066(ABA)
Order Vacating Stay
Page 2

Upon the motion of <u>Ally Bank Lease Trust</u>, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real property more fully described as:

■ Personal property more fully described as:

2018 Alfa Romeo Stelvio

VIN: ZASFAKAN6J7B69811

It is further ORDERED that the movant my join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other arty who entered an appearance on the motion.

2246563v1