Form oresadoc − oresadocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−10966−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael Heller
aka Michael H Heller
117 Union Mill Terrace
Mount Laurel, NJ 08054

Maria Heller
117 Union Mill Terrace
Mount Laurel, NJ 08054

Social Security No.:
xxx−xx−6803                         xxx−xx−5541

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

The Court having noted that the debtor filed an Amendment to Schedule D, E/F on October 4, 2021 or to the List of Creditors on N/A , and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

1. A copy of the applicable Notice of Chapter 13 Bankruptcy Case, and

2. In a Chapter 11 case:

   a) a copy of the last modified plan and disclosure statement, if any, and

   b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:

   a) a copy of the Notice of Hearing on Confirmation of Plan, if any, and

   b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

It is further ORDERED that the added creditors or parties have

1. until the original deadline, if any, fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order, whichever is later;

2. until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement,

or sixty 60 days from the date of this Order, whichever is later;

3. until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: October 5, 2021
JAN:

Andrew B. Altenburg Jr.
United States Bankruptcy Judge

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-10966-ABA |
| Michael Heller | Chapter 13 |
| Maria Heller | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 05, 2021 | Form ID: oresadoc | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Heller, Maria Heller, 117 Union Mill Terrace, Mount Laurel, NJ 08054-3265 |
| aty | + | Shane Heskin, 1650 Market Street, One Liberty Place, Suite 1800, Philadelphia, PA 19103-7304 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 05 2021 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2021 at the address(es) listed below:

**Name**      **Email Address**

Andrew M. Lubin
     on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS INDENTURE TRUSTEE bkecf@milsteadlaw.com  alubin@milsteadlaw.com

Denise E. Carlon
     on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

District/off: 0312-1     User: admin     Page 2 of 2
Date Rcvd: Oct 05, 2021     Form ID: oresadoc     Total Noticed: 3

| Name | Details |
|---|---|
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor Financial Services Vehicle Trust jschwartz@mesterschwartz.com |
| Lee Martin Perlman | on behalf of Joint Debtor Maria Heller ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Debtor Michael Heller ecf@newjerseybankruptcy.com  mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Marc D. Miceli | on behalf of Plaintiff The Christie Lodge Owners Association  Inc. mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com |
| Marc D. Miceli | on behalf of Creditor The Christie Lodge Owners Association  Inc. mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com |
| Phillip Andrew Raymond | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS INDENTURE TRUSTEE phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Rebecca K. McDowell | on behalf of Creditor 1st Colonial Community Bank rmcdowell@slgcollect.com |
| Regina Cohen | on behalf of Creditor Ally Bank Lease Trust rcohen@lavin-law.com  ksweeney@lavin-law.com |
| Steven P. Kelly | on behalf of Creditor WBL SPO I  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13