Form 196 − ntcadminerror

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  20−10966−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael Heller                                  Maria Heller
  aka Michael H Heller                          117 Union Mill Terrace
  117 Union Mill Terrace                        Mount Laurel, NJ 08054
  Mount Laurel, NJ 08054

Social Security No.:
  xxx−xx−6803                                   xxx−xx−5541

Employer's Tax I.D. No.:

---

## AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

On 10/8/2021 a NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARIN was sent out by the Court which contained an administrative error.

This notice hereby amends the notice to correct the following information:

Original incorrect information:
Confirmation hearing to be held on 11/10/2021 at 10:00 AM at ABA − Courtroom 4B, Camden. Last day to Object to Confirmation 11/3/2021.

Corrected to state:
Outdated Chapter 13 Plan form filed. Confirmation Hearing was set in error. Please disregard the Notice filed on 10/8/21. Confirmation will be set once the plan is filed correctly.

The amendment of this notice does not affect deadlines that have been previously set.

Dated: October 13, 2021
JAN: dmb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 20-10966-ABA

Michael Heller                                                                       Chapter 13

Maria Heller

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                          Page 1 of 4

Date Rcvd: Oct 13, 2021                  Form ID: 196                                   Total Noticed: 61

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Heller, Maria Heller, 117 Union Mill Terrace, Mount Laurel, NJ 08054-3265 |
| aty | + | Shane Heskin, 1650 Market Street, One Liberty Place, Suite 1800, Philadelphia, PA 19103-7304 |
| cr | + | 1st Colonial Community Bank, c/o Saldutti Law Group, 800 N Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| cr | + | WBL SPO I, LLC, c/o Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 518670853 | + | 1st Colonial Community Bank, Saldutti Law Group, 800 N. Kings Highway Suite 300, Cherry Hill, NJ 08034-1511 |
| 518670854 | + | ABC Merchant Solutions, LLC, 30 Broad St, New York, NY 10004-2304 |
| 518716898 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518670857 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518670859 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 518670861 | + | Bank of America, Attn: Bankruptcy NC4-105-02-77, Po Box 26012, Greensboro, NC 27420-6012 |
| 518670862 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518731583 | | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 518721897 | + | Bank of America, N.A., ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 518670863 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518670866 | + | CBSG, 20 N 3rd St, Philadelphia, PA 19106-2118 |
| 518670874 | + | Par Funding, 20 N. 3rd Street, Philadelphia, PA 19106-2118 |
| 518708027 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 518670876 | + | Saldutti Law Group, 800 N. Kings Hwy, Ste 300, Cherry Hill, NJ 08034-1511 |
| 518670877 | + | Samuel D'Alessandro, 112 N. Courtland Street, East Stroudsburg, PA 18301-2102 |
| 518772664 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518670880 | + | Stern & Eisenberg PC, 1040 Kings Hwy N Ste 407, Cherry Hill, NJ 08034-1925 |
| 518746608 | + | TD Bank, N.A., Schiller Knapp Lefkowitz & Hertzel LLP, 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 518744452 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |
| 518748182 | | THE BANK OF NEW YORK MELLON, c/o Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 518798128 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518798129 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826, THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 10826 Greenville, SC 29603-0826 |
| 518676273 | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, Milstead & Associates, 1 East Stow Road, Marlton, NJ 08053-3118 |
| 518670884 | + | The Christie Lodge Owners Association, c/o Porterfield & Associates, PO Box 3149, Vail, CO 81658-3149 |
| 518784617 | + | The Christie Lodge Owners Association, Inc., c/o Marc D. Miceli, Esq., SM Law PC, P.O. Box 530, Oldwick, NJ 08858-0530 |
| 518670885 | + | WBL SPO I, LLC, 101 Hudson St, 33rd Fl, Jersey City, NJ 07302-3905 |
| 518725462 | + | WBL SPO I, LLC, Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | | |

District/off: 0312-1 | User: admin | Page 2 of 4
Date Rcvd: Oct 13, 2021 | Form ID: 196 | Total Noticed: 61

| | | | |
|---|---|---|---|
| | | Oct 13 2021 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
| | | Oct 13 2021 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + Email/PDF: acg.acg.ebn@americaninfosource.com | | |
| | | Oct 13 2021 20:23:15 | Financial Services Vehicle Trust, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518673575 | Email/Text: ebnbankruptcy@ahm.honda.com | | |
| | | Oct 13 2021 20:25:00 | Acura Financial Services, PO Box 168088, Irving, TX 75016-8088 |
| 518670856 | Email/Text: ebnbankruptcy@ahm.honda.com | | |
| | | Oct 13 2021 20:25:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518673183 | Email/Text: ebnbankruptcy@ahm.honda.com | | |
| | | Oct 13 2021 20:25:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518754432 | Email/Text: ally@ebn.phinsolutions.com | | |
| | | Oct 13 2021 20:24:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 518670855 | + Email/Text: ally@ebn.phinsolutions.com | | |
| | | Oct 13 2021 20:24:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518703794 | Email/PDF: ais.bmw.ebn@americaninfosource.com | | |
| | | Oct 13 2021 20:23:15 | BMW Financial Services, Pob 78103, Phoenix, AZ 85062 |
| 518670864 | Email/PDF: ais.bmw.ebn@americaninfosource.com | | |
| | | Oct 13 2021 20:23:43 | Bmw Financial Services, Attn: Bankruptcy Department, Po Box 3608, Dublin, OH 43016 |
| 518677832 | + Email/PDF: acg.acg.ebn@americaninfosource.com | | |
| | | Oct 13 2021 20:23:14 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518670865 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | Oct 13 2021 20:23:56 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518670867 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Oct 13 2021 20:34:13 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518749746 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Oct 13 2021 20:34:16 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518670868 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Oct 13 2021 20:25:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518670869 | Email/Text: mrdiscen@discover.com | | |
| | | Oct 13 2021 20:24:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518679790 | Email/Text: mrdiscen@discover.com | | |
| | | Oct 13 2021 20:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518670870 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Oct 13 2021 20:25:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518772744 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Oct 13 2021 20:25:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518787540 | + Email/Text: bankruptcy@ondeck.com | | |
| | | Oct 13 2021 20:25:00 | On Deck Capital, Inc., c/o Christine Levi, 1400 Broadway, New York, NY 10018-5300 |
| 518670873 | + Email/Text: bankruptcy@ondeck.com | | |
| | | Oct 13 2021 20:25:00 | Ondeck Cap, 1400 Broadway, New York, NY 10018-5300 |
| 518770405 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Oct 13 2021 20:23:59 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 518670875 | Email/Text: collections@premierecapitalfunding.com | | |
| | | Oct 13 2021 20:24:00 | Premier Capital Funding, LLC, 9265 4th Ave 2nd floor, Brooklyn, NY 11209 |
| 518670878 | + Email/Text: bankruptcynotices@sba.gov | | |
| | | Oct 13 2021 20:24:00 | Small Business Administration, 409 3rd St, SW, Washington, DC 20416-0005 |

District/off: 0312-1 | User: admin | Page 3 of 4
Date Rcvd: Oct 13, 2021 | Form ID: 196 | Total Noticed: 61

| 518672394 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Oct 13 2021 20:23:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518670882 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Oct 13 2021 20:23:34 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518670883 | Email/Text: bankruptcy@td.com | | |
| | | Oct 13 2021 20:25:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 518773550 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | Oct 13 2021 20:34:11 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518724780 | + Email/Text: resolutions@wbl.com | | |
| | | Oct 13 2021 20:24:00 | WBL SPO I, LLC, c/o World Business Lenders, 101 Hudson St, 33rd Floor, Jersey City, NJ 07302-3905 |
| 518790521 | + Email/Text: resolutions@wbl.com | | |
| | | Oct 13 2021 20:24:00 | World Business Lenders,, c/o Asset Resolution, 101 Hudson St., 33rd Floor, Jersey City, NJ 07302-3905 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Bank Lease Trust, PO Box 130424, Roseville, MN 55113-0004 |
| 518742909 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518670858 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518670860 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court;, Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 518670871 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518670872 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518670879 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court;, State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 518670881 | *+ | Stern & Eisenberg PC, 1040 Kings Hwy N Ste 407, Cherry Hill, NJ 08034-1925 |
| 518670886 | *+ | WBL SPO I, LLC, 101 Hudson St, 33rd Fl, Jersey City, NJ 07302-3905 |
| 519246483 | ##+ | Complete Business Solutions Group, Inc., 20 N. 3rd Street, Philadelphia, PA 19106-2118 |

TOTAL: 0 Undeliverable, 9 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS INDENTURE TRUSTEE |

bkecf@milsteadlaw.com  alubin@milsteadlaw.com

Denise E. Carlon

on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa

ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jason Brett Schwartz

on behalf of Creditor Financial Services Vehicle Trust jschwartz@mesterschwartz.com

Lee Martin Perlman

on behalf of Debtor Michael Heller ecf@newjerseybankruptcy.com  mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman

on behalf of Joint Debtor Maria Heller ecf@newjerseybankruptcy.com
mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Marc D. Miceli

on behalf of Creditor The Christie Lodge Owners Association  Inc. mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com

Marc D. Miceli

on behalf of Plaintiff The Christie Lodge Owners Association  Inc. mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com

Phillip Andrew Raymond

on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS INDENTURE TRUSTEE
phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

Rebecca K. McDowell

on behalf of Creditor 1st Colonial Community Bank rmcdowell@slgcollect.com

Regina Cohen

on behalf of Creditor Ally Bank Lease Trust rcohen@lavin-law.com  ksweeney@lavin-law.com

Steven P. Kelly

on behalf of Creditor WBL SPO I  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 13