

Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

Order Filed on December 14, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Michael Heller, *aka Michael H Heller* Maria Heller, | Case No. 20-10966-ABA |
|  | Hearing Date: December 14, 2021 at 10:00 a.m. |
| Debtors. | Judge: Andrew B. Altenburg Jr |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: December 14, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

| | |
|---|---|
| Debtors: | Michael Heller and Maria Heller |
| Case No.: | 20-10966-ABA |
| Caption of Order: | **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS** |

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay of NewRez LLC dba Shellpoint Mortgage Servicing as Servicer for The Bank Of New York Mellon fka The Bank Of New York as Indenture Trustee for the Noteholders of the CWABS Inc., Asset-Backed Notes, Series 2005-HYB9 ("Movant"), and Michael Heller and Maria Heller (collectively the "Debtors") having filed opposition thereto, with respect to Movant's lien on the property commonly known 9 S Rosborough Avenue, Ventnor City, New Jersey 08406 (the "Property"), and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

**ORDERED AS FOLLOWS:**

1. Debtors are delinquent six (6) post-petition payments due July 1, 2021 through December 1, 2021, each payment in the amount of $3,645.92, less suspense of $1,122.32, for a total delinquency of $20,753.20.
2. Debtor shall cure the arrears in the amount of $20,753.20 by making five (5) equal monthly payments of $3,458.87, beginning January 1, 2022 through May 1, 2022, and one (1) payment on June 1, 2022 in the amount of $3,458.85 in addition to Debtor's regular monthly payments.
3. Debtors shall resume post-petition payments to be paid timely and in full with the January 1, 2022 payment.
4. If Debtors should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the Property.

Page 3

Debtors: Michael Heller and Maria Heller
Case No.: 20-10966-ABA
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

---

5. Upon dismissal, discharge chapter conversion, or relief from stay, the foregoing terms and conditions shall cease to be binding payments will be due pursuant to the terms of the original loan agreement and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Real Property and/or against the Debtors.

6. Debtors shall pay attorney fees and costs for the motion for relief in the amount of $688.00 to be paid as an administrative claim through the plan.

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLC
Attorney for the Secured Creditor

By: _____
Phillip Raymond

Date: _____

Shane Heskin
Attorney for the Debtors

By: _____ 12/12/21
Lee Martin Perlman

Date: _____