UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
SALDUTTI LAW GROUP
Rebecca K. McDowell, Esquire – RM3223
800 Kings Highway North, Suite 300
Cherry Hill, NJ 08034
(856) 779-0300
Counsel for Creditor 1ST COLONIAL COMMUNITY BANK

Order Filed on January 24, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHAEL HELLER and
MARIA HELLER,

                Debtors.

Case No.:   20-10966-ABA

Chapter:    13

Hrg Date:   January 26, 2022 at 10:00AM

Judge:      Hon. Andrew B. Altenburg, Jr.

## CONSENT ORDER RESOLVING 1ST COLONIAL COMMUNITY BANK'S OBJECTION TO CONFIRMATION

The relief set forth on the following page is hereby ORDERED.

DATED: January 24, 2022

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor: Michael Heller and Maria Heller
Case No. 20-10966-ABA
Caption of Order: Consent Order Resolving 1st Colonial Community Bank's Objection to Confirmation

---

This matter having come before the Court upon the objection of 1ST COLONIAL COMMUNITY BANK ("1st Colonial") to the Chapter 13 Plan filed by Debtors Michael and Maria Heller ("Debtors"); Debtors having incurred post-petition arrears on their obligation to 1st Colonial in addition to those provided for by the Plan; and the parties having come to an agreement with respect to the objection; now therefore;

It is hereby ORDERED as follows:

1. The Chapter 13 Trustee shall pay Debtors' pre-petition arrears to 1st Colonial in the amount of $8,573.02 as set forth in the Plan and 1st Colonials' proof of claim.

2. The Chapter 13 Trustee shall pay Debtors' post-petition arrears through January 2022, in the total amount of $27,635.52.

3. Debtors shall make ongoing monthly payments directly to 1st Colonial in the amount of $1,151.48, due on the 24th day of each month, beginning February 24, 2022.

4. Debtors shall increase their plan payments to the Chapter 13 Trustee as necessary to effectuate the provisions of this Order.

| /s/ Rebecca K. McDowell | /s/ [signature] |
|---|---|
| Rebecca K. McDowell, Esq. | Lee M. Perlman, Esq. |
| Saldutti Law Group | Law Offices of Lee M. Perlman |
| 1040 Kings Highway North, Suite 100 | 1926 Greentree Rd., Suite 100 |
| Cherry Hill, NJ 08034 | Cherry Hill, NJ 08003 |
| (856) 324-5014 | (856) 751-4224 |
| rmcdowell@slgcollect.com | lperlman@newjerseybankruptcy.com |
| Counsel for 1st Colonial Community Bank | Counsel for the Debtors |

1/24/22