UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Select Portfolio Servicing, Inc., as servicer for Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust<br>R.A. LEBRON, ESQ.<br>SPS2605<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>MICHAEL HELLER<br>aka MICHAEL H HELLER<br>and MARIA HELLER<br><br>Debtor(s). | Case No.: 20-10966 ABA<br><br>Chapter: 13<br><br>Judge: Hon. Andrew B. Altenburg, Jr. |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>Select Portfolio Servicing, Inc., as servicer for Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust</u>. This party is a party in interest in this case pursuant to a mortgage dated July 25, 2014 and recorded in the Office of the BURLINGTON County Clerk/Register on August 7, 2014 in Mortgage Book 13135, Page 5669, and is a secured creditor  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    FEIN, SUCH, KAHN & SHEPARD, P.C.
            Counsellors at Law
            7 Century Drive - Suite 201
            Parsippany, New Jersey 07054

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

                                      **FEIN, SUCH, KAHN & SHEPARD, P.C.**
                                      Attorneys for Select Portfolio Servicing, Inc., as servicer for Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust

Dated: <u>September 21, 2022</u>     By:<u>/s/ R.A. Lebron, Esq.</u>
                                      R.A. LEBRON, ESQ.

Case No.: 20-10966 ABA