UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICE OF LEE M. PERLMAN
1926 Greentree Road, Suite 100
Cherry Hill, NJ 08003
(856) 751-4224

In RE:

Michael & Maria Heller

Case No.: 20-10966-ABA

Judge: ABA

Chapter 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor(s) in this case opposes the following (choose one):

1. ☐ Motion for Relief from the Automatic Stay filed by _____
   _____, creditor,
   A hearing has been scheduled for _____, at _____.

   _____ Motion to Dismiss filed by the Chapter 13 Trustee.
   A hearing has been scheduled for _____, at _____.

   __X__ Certification of Default filed by  Standing Trustee                       .
   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one)

   _____ Payments have been made in the amount of $_____, but have not been accounted for.  Documentation in support is attached.

   _____ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

   __X__ Other (explain your answer):
   I currently have a payment of $1,800 scheduled for 10/28/22 and propose the following payment for the remaining arrears: 11/4-$5,000; 11/7-$5,000; 11/11-$1,807.66; 11/18-$1,807.66; 1/25-$1,807.66. These 6 payments equal $17,223- These are payments that I am contracted to receive from my various clients.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.


Date:  10/26/2022                          /s/ Michael Heller
                                           Debtor's Signature


Date:  10/26/2022                          /s/ Maria Heller
                                           Debtor's Signature



NOTES:
1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.