Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  20−10966−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Michael Heller  
   aka Michael H Heller  
   117 Union Mill Terrace  
   Mount Laurel, NJ 08054  

   Maria Heller  
   117 Union Mill Terrace  
   Mount Laurel, NJ 08054  

Social Security No.:
   xxx−xx−6803                        xxx−xx−5541

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:

   Debtor and Joint Debtor was entered on February 17, 2023.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 17, 2023
JAN: har

                                                Jeanne Naughton  
                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-10966-ABA |
| Michael Heller | Chapter 13 |
| Maria Heller | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Feb 17, 2023 | Form ID: 148 | Total Noticed: 64 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Heller, Maria Heller, 117 Union Mill Terrace, Mount Laurel, NJ 08054-3265 |
| aty | + | Shane Heskin, 1650 Market Street, One Liberty Place, Suite 1800, Philadelphia, PA 19103-7304 |
| cr | + | 1st Colonial Community Bank, c/o Saldutti Law Group, 800 N Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| cr | + | WBL SPO I, LLC, c/o Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 518670853 | + | 1st Colonial Community Bank, Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 518670854 | + | ABC Merchant Solutions, LLC, 30 Broad St, New York, NY 10004-2304 |
| 518670866 | + | CBSG, 20 N 3rd St, Philadelphia, PA 19106-2118 |
| 518670874 | + | Par Funding, 20 N. 3rd Street, Philadelphia, PA 19106-2118 |
| 518670879 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 518708027 | | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 518670877 | + | Samuel D'Alessandro, 112 N. Courtland Street, East Stroudsburg, PA 18301-2102 |
| 518670880 | #+ | Stern & Eisenberg PC, 1040 Kings Hwy N Ste 407, Cherry Hill, NJ 08034-1925 |
| 518746608 | + | TD Bank, N.A., Schiller Knapp Lefkowitz & Hertzel LLP, 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 518744452 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |
| 518676273 | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, Milstead & Associates, 1 East Stow Road, Marlton, NJ 08053-3118 |
| 518670884 | + | The Christie Lodge Owners Association, c/o Porterfield & Associates, PO Box 3149, Vail, CO 81658-3149 |
| 518784617 | + | The Christie Lodge Owners Association, Inc., c/o Marc D. Miceli, Esq., SM Law PC, P.O. Box 530, Oldwick, NJ 08858-0530 |
| 518725462 | + | WBL SPO I, LLC, Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 518670885 | + | WBL SPO I, LLC, 101 Hudson St, 33rd Fl, Jersey City, NJ 07302-3905 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 17 2023 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 17 2023 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Feb 18 2023 01:34:00 | Financial Services Vehicle Trust, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518673575 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 17 2023 20:42:00 | Acura Financial Services, PO Box 168088, Irving, TX 75016-8088 |
| 518670856 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 17 2023 20:42:00 | American Honda Finance, Attn: Bankruptcy, Po |

Case 20-10966-ABA   Doc 108   Filed 02/19/23   Entered 02/20/23 00:13:27   Desc
Imaged Certificate of Notice   Page 3 of 6

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Feb 17, 2023 | Form ID: 148 | Total Noticed: 64 |

| Recipient ID | | Notice Method | Date/Time | Recipient Address |
|---|---|---|---|---|
| | | | | Box 168088, Irving, TX 75016 |
| 518673183 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 17 2023 20:42:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518754432 | | EDI: GMACFS.COM | Feb 18 2023 01:34:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 518670855 | + | EDI: GMACFS.COM | Feb 18 2023 01:34:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518716898 | | Email/PDF: bncnotices@becket-lee.com | Feb 17 2023 20:45:27 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518670857 | + | Email/PDF: bncnotices@becket-lee.com | Feb 17 2023 20:45:20 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518703794 | | EDI: BMW.COM | Feb 18 2023 01:34:00 | BMW Financial Services, Pob 78103, Phoenix, AZ 85062 |
| 518670864 | | EDI: BMW.COM | Feb 18 2023 01:34:00 | Bmw Financial Services, Attn: Bankruptcy Department, Po Box 3608, Dublin, OH 43016 |
| 519478317 | + | EDI: BMW.COM | Feb 18 2023 01:34:00 | BMW Financial Services Attn: Customer Accounting, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 518677832 | + | EDI: AISACG.COM | Feb 18 2023 01:34:00 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518670859 | + | EDI: BANKAMER.COM | Feb 18 2023 01:34:00 | Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 518670862 | + | EDI: BANKAMER.COM | Feb 18 2023 01:34:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518670861 | + | EDI: BANKAMER.COM | Feb 18 2023 01:34:00 | Bank of America, Attn: Bankruptcy NC4-105-02-77, Po Box 26012, Greensboro, NC 27420-6012 |
| 518721897 | + | Email/Text: ecfbnc@aldridgepite.com | Feb 17 2023 20:41:00 | Bank of America, N.A., ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 518731583 | | EDI: BANKAMER.COM | Feb 18 2023 01:34:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 518670863 | + | EDI: TSYS2 | Feb 18 2023 01:34:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518670865 | + | EDI: CAPITALONE.COM | Feb 18 2023 01:34:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518670867 | + | EDI: CITICORP.COM | Feb 18 2023 01:34:00 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518749746 | | EDI: CITICORP.COM | Feb 18 2023 01:34:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518670868 | + | EDI: WFNNB.COM | Feb 18 2023 01:34:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518670869 | | EDI: DISCOVER.COM | Feb 18 2023 01:34:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518679790 | | EDI: DISCOVER.COM | Feb 18 2023 01:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519684771 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 17 2023 20:42:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Federal Home Loan Mortgage Corporation,, Serviced by Select Portfolio Servicing, |

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 17, 2023 | Form ID: 148 | Total Noticed: 64 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519684770 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Feb 17 2023 20:42:00 | | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518670870 | | EDI: IRS.COM Feb 18 2023 01:34:00 | | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518772744 | | EDI: JEFFERSONCAP.COM Feb 18 2023 01:34:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518787540 | + | Email/Text: bankruptcy@ondeck.com Feb 17 2023 20:42:00 | | On Deck Capital, Inc., c/o Christine Levi, 1400 Broadway, New York, NY 10018-5300 |
| 518670873 | + | Email/Text: bankruptcy@ondeck.com Feb 17 2023 20:42:00 | | Ondeck Cap, 1400 Broadway, New York, NY 10018-5300 |
| 518770405 | | EDI: PRA.COM Feb 18 2023 01:34:00 | | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 518670875 | | Email/Text: collections@premierecapitalfunding.com Feb 17 2023 20:41:00 | | Premier Capital Funding, LLC, 9265 4th Ave 2nd floor, Brooklyn, NY 11209 |
| 518670878 | + | Email/Text: bankruptcynotices@sba.gov Feb 17 2023 20:41:00 | | Small Business Administration, 409 3rd St, SW, Washington, DC 20416-0005 |
| 518772664 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Feb 17 2023 20:41:00 | | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518672394 | + | EDI: RMSC.COM Feb 18 2023 01:34:00 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518670882 | + | EDI: RMSC.COM Feb 18 2023 01:34:00 | | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518670883 | | EDI: TDBANKNORTH.COM Feb 18 2023 01:34:00 | | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 518748182 | | EDI: BANKAMER.COM Feb 18 2023 01:34:00 | | THE BANK OF NEW YORK MELLON, c/o Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 518798128 | | Email/Text: mtgbk@shellpointmtg.com Feb 17 2023 20:41:00 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518798129 | | Email/Text: mtgbk@shellpointmtg.com Feb 17 2023 20:41:00 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826, THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518773550 | + | EDI: AIS.COM Feb 18 2023 01:34:00 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518724780 | + | Email/Text: resolutions@wbl.com Feb 17 2023 20:41:00 | | WBL SPO I, LLC, c/o World Business Lenders, 101 Hudson St, 33rd Floor, Jersey City, NJ 07302-3905 |
| 518790521 | + | Email/Text: resolutions@wbl.com Feb 17 2023 20:41:00 | | World Business Lenders,, c/o Asset Resolution, 101 Hudson St., 33rd Floor, Jersey City, NJ 07302-3905 |

TOTAL: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Bank Lease Trust, PO Box 130424, Roseville, MN 55113-0004 |
| 518742909 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 20-10966-ABA    Doc 108    Filed 02/19/23    Entered 02/20/23 00:13:27    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 17, 2023 | Form ID: 148 | Total Noticed: 64 |

| 518670858 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518670860 | *+ | Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 518670871 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518670872 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518670881 | *+ | Stern & Eisenberg PC, 1040 Kings Hwy N Ste 407, Cherry Hill, NJ 08034-1925 |
| 518670886 | *+ | WBL SPO I, LLC, 101 Hudson St, 33rd Fl, Jersey City, NJ 07302-3905 |
| 519246483 | ##+ | Complete Business Solutions Group, Inc., 20 N. 3rd Street, Philadelphia, PA 19106-2118 |
| 518670876 | ##+ | Saldutti Law Group, 800 N. Kings Hwy, Ste 300, Cherry Hill, NJ 08034-1511 |

TOTAL: 0 Undeliverable, 8 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2023                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS INDENTURE TRUSTEE nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2022-2 dmcdonough@flwlaw.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor Financial Services Vehicle Trust jschwartz@friedmanvartolo.com bankruptcy@friedmanvartolo.com |
| Lee Martin Perlman | on behalf of Debtor Michael Heller ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Joint Debtor Maria Heller ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Marc D. Miceli | on behalf of Creditor The Christie Lodge Owners Association Inc. mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com |
| Marc D. Miceli | on behalf of Plaintiff The Christie Lodge Owners Association Inc. mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com |
| Phillip Andrew Raymond | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS INDENTURE TRUSTEE phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust bankruptcy@fskslaw.com |

| District/off: 0312-1 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Feb 17, 2023 | Form ID: 148 | Total Noticed: 64 |

Rebecca K. McDowell
        on behalf of Creditor 1st Colonial Community Bank rmcdowell@slgcollect.com anovoa@slgcollect.com

Regina Cohen
        on behalf of Creditor Ally Bank Lease Trust rcohen@lavin-law.com mmalone@lavin-law.com

Steven P. Kelly
        on behalf of Creditor WBL SPO I  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 16