UNITED STATES BANKRUTPCY COURT
DISTRICT OF NEW JERSEY

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Isabel C. Balboa, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Order Filed on February 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MICHAEL HELLER
MARIA HELLER

| | |
|---|---|
| Case No: | 20-10966-ABA |
| Hearing Date: | |
| Judge: | Andrew B. Altenburg, Jr. |
| Chapter: | 13 |

| | | | | |
|---|---|---|---|---|
| Recommended Local Form: | ☐ | Followed | ☒ | Modified |

## ORDER REGARDING CHAPTER 13 STANDING
## TRUSTEE'S MOTION TO DISMISS OR
## CERTIFICATION OF DEFAULT

The relief set forth on the following pages number two (2) through three (3) is hereby **ORDERED**.

**DATED: February 17, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

IS_CHH_5001_OTBS

The Court having considered the motion or certification of Isabel C. Balboa, Chapter 13 Standing Trustee, and any objections filed, it is hereby

ORDERED that:

☒    The debtor(s)' case is hereby DISMISSED

☐    The debtor(s)' plan is allowed to continue at the regular monthly payment of _____ for a period of __ months. If the debtor(s) should fail to make any future Chapter 13 plan payment for a period of more than thirty (30) consecutive days, the Trustee shall file a Certification of Default with notice of said Certification to the debtor(s) and debtor(s)' attorney, if any, and the court shall enter an Order dismissing the debtor(s)' case.

☐    An Order to Employer to pay the Chapter 13 Trustee shall be prepared and filed with the Court by the debtor(s) or debtor(s)' attorney, if any, within thirty (30) days from the date of this Order.

☒    Other:

   ☒    IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. § 349(b), this Court for cause retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

   ☐    IT IS FURTHER ORDERED that the debtor(s)' case is allow to continue with the arrears being capitalized throught the debtor(s)' plan, and the plan shall continue at _____ which represents total receipts applied to plan.

IS_CHH_5001_OTBS

☐    IT IS FURTHER ORDERED that the debtor(s)' case is allowed to

continue with a lump sum payment of _____ due within __ days from

the date of this Order.

☐    IT IS FURTHER ORDERERED that if the debtor(s)' instant Chapter 13 case is dismissed,

such dismissal shall be with prejudice and the debtor(s) shall be barred from filing for

Chapter 13 bankruptcy protection for a period of __ from the date of dismissal of debtor(s)'

case.

☐    IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with tier

payments of

☐    This order incorporates a fee application for debtor(s)' attorney in the

amount of _____ pending Court approval.

☐    A status hearing shall be held on _____.

IS_CHH_5001_OTBS

United States Bankruptcy Court

District of New Jersey

In re:                                                                           Case No. 20-10966-ABA

Michael Heller                                                              Chapter 13

Maria Heller

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                     Page 1 of 2

Date Rcvd: Feb 17, 2023                 Form ID: pdf903                          Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Heller, Maria Heller, 117 Union Mill Terrace, Mount Laurel, NJ 08054-3265 |
| aty | + | Shane Heskin, 1650 Market Street, One Liberty Place, Suite 1800, Philadelphia, PA 19103-7304 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS INDENTURE TRUSTEE nj-ecfmail@mwc-law.com  alubin@milsteadlaw.com |
| Denise E. Carlon | |
| | on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | |
| | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2022-2 dmcdonough@flwlaw.com |
| Isabel C. Balboa | |
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |

District/off: 0312-1                    User: admin                                        Page 2 of 2
Date Rcvd: Feb 17, 2023                 Form ID: pdf903                              Total Noticed: 2

Isabel C. Balboa
                    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jason Brett Schwartz
                    on behalf of Creditor Financial Services Vehicle Trust jschwartz@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

Lee Martin Perlman
                    on behalf of Debtor Michael Heller ecf@newjerseybankruptcy.com  mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman
                    on behalf of Joint Debtor Maria Heller ecf@newjerseybankruptcy.com
                    mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Marc D. Miceli
                    on behalf of Plaintiff The Christie Lodge Owners Association  Inc. mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com

Marc D. Miceli
                    on behalf of Creditor The Christie Lodge Owners Association  Inc. mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com

Phillip Andrew Raymond
                    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS INDENTURE TRUSTEE
                    phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

R. A. Lebron
                    on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for Federal Home Loan Mortgage Corporation, as Trustee for
                    Freddie Mac SLST 2022-1 Participation Interest Trust bankruptcy@fskslaw.com

Rebecca K. McDowell
                    on behalf of Creditor 1st Colonial Community Bank rmcdowell@slgcollect.com  anovoa@slgcollect.com

Regina Cohen
                    on behalf of Creditor Ally Bank Lease Trust rcohen@lavin-law.com  mmalone@lavin-law.com

Steven P. Kelly
                    on behalf of Creditor WBL SPO I  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 16