UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Michael & Maria Heller

Case No.: 20-10966-ABA

Chapter: 13

Hearing Date: 05/02/2023

Judge: Altenburg

## CERTIFICATION OF SERVICE

1. I, M.J. Roames:

    _____ represent the debtor in the above captioned matter.

    __X__ am the secretary / paralegal for __Lee M. Perlman__, who represents the debtor(s) in the above captioned matter.

    _____ Am the _____ in the above captioned matter and am representing myself.

2. On __03/31/2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: notice of motion to vacate dismissal, brief, certification in support of motion, proposed order

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.

Dated: 03/31/2023                                    /s/ M.J. Roames

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa, Trustee<br>335 Route 38, Suite 580<br>Cherry Hill, NJ  08002 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| 1ST COLONIAL COMMUNITY BANK<br>CO SALDUTTI LAW GROUP<br>800 N KINGS HIGHWAY<br>SUITE 300<br>CHERRY HILL NJ 08034-1511<br><br>ALLY BANK LEASE TRUST<br>PO BOX 130424<br>ROSEVILLE MN 55113-0004<br><br>FINANCIAL SERVICES VEHICLE TRUST<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901<br><br>WBL SPO I LLC<br>CO STERN EISENBERG PC<br>1040 N KINGS HIGHWAY<br>SUITE 407<br>CHERRY HILL NJ 08034-1925<br><br>1ST COLONIAL COMMUNITY BANK<br>SALDUTTI LAW GROUP<br>1040 KINGS HIGHWAY N<br>SUITE 100<br>CHERRY HILL NJ 08034-1925<br><br>ABC MERCHANT SOLUTIONS LLC<br>30 BROAD ST<br>NEW YORK NY 10004-2304<br><br>AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088<br><br>ALLY FINANCIAL<br>ATTN BANKRUPTCY DEPT<br>PO BOX 380901<br>BLOOMINGTON MN 55438-0901<br><br>AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701<br><br>AMEX<br>CORRESPONDENCEBANKRUPTCY<br>PO BOX 981540<br>EL PASO TX 79998-1540 | Creditor(s) | ___ Hand delivered<br> X  Regular mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing (NEF)<br>___ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

```
BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

BMW FINANCIAL SERVICES ATTN CUSTOMER
ACCOUN
5550 BRITTON PARKWAY
HILLIARD OH 43026-7456

BMW FINANCIAL SERVICES NA LLC
AIS PORTFOLIO SERVICES LP
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

BANK OF AMERICA
4909 SAVARESE CIRCLE
FL1-908-01-50
TAMPA FL 33634-2413

BANK OF AMERICA
ATTN BANKRUPTCY
PO BOX 982238
EL PASO TX 79998-2238

BANK OF AMERICA
ATTN BANKRUPTCY NC41050277
PO BOX 26012
GREENSBORO NC 27420-6012

BANK OF AMERICA NA
ALDRIDGE PITE LLP
4375 JUTLAND DRIVE SUITE 200
PO BOX 17933
SAN DIEGO CA 92177-7921

BANK OF AMERICA NA
PO BOX 31785
TAMPA FL 33631-3785

BARCLAYS BANK DELAWARE
ATTN CORRESPONDENCE
PO BOX 8801
WILMINGTON DE 19899-8801

CBSG
20 N 3RD ST
PHILADELPHIA PA 19106-2118

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CITIBANK NORTH AMERICA
ATTN RECOVERYCENTRALIZED BANKRUPTCY
PO BOX 790034
ST LOUIS MO 63179-0034

CITIBANK NA
5800 S CORPORATE PL
SIOUX FALLS SD 57108-5027

COMENITYCAPITALULTA
ATTN BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS OH 43218-2125

COMPLETE BUSINESS SOLUTIONS GROUP INC
20 N 3RD STREET
PHILADELPHIA PA 19106-2118
```

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025<br><br>DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION AS T<br>SERVICED BY SELECT PORTFOLIO SERVICING<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION AS T<br>SERVICED BY SELECT PORTFOLIO SERVICING<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250<br><br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346<br><br>JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999<br><br>ON DECK CAPITAL INC<br>CO CHRISTINE LEVI<br>1400 BROADWAY<br>NEW YORK NY 10018-5300<br><br>ONDECK CAP<br>1400 BROADWAY<br>NEW YORK NY 10018-5300<br><br>PAR FUNDING<br>20 N 3RD STREET<br>PHILADELPHIA PA 19106-2118<br><br>PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067<br><br>PREMIER CAPITAL FUNDING LLC<br>9265 4TH AVE STE 2<br>BROOKLYN NY 11209-7006<br><br>STATE OF NEW JERSEY<br>DEPARTMENT OF THE TREASURY<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON NJ 08695-0245<br><br>SALDUTTI LAW GROUP<br>800 N KINGS HWY STE 300<br>CHERRY HILL NJ 08034-1511<br><br>SAMUEL DALESSANDRO<br>112 N COURTLAND STREET<br>EAST STROUDSBURG PA 18301-2102<br><br>SMALL BUSINESS ADMINISTRATION<br>409 3RD ST SW<br>WASHINGTON DC 20416-0005<br><br>SPECIALIZED LOAN SERVICING LLC<br>6200 S QUEBEC STREET<br>GREENWOOD VILLAGE CO 80111-4720 | | |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

```
STATE OF NEW JERSEY
DIVISION OF TAXATION BANKRUPTCY UNIT
PO BOX 245
TRENTON NJ 08646-0245

STERN EISENBERG PC
1040 KINGS HWY N STE 407
CHERRY HILL NJ 08034-1925

SYNCHRONY BANK
CO OF PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

SYNCHRONY BANKCARE CREDIT
ATTN BANKRUPTCY DEPT
PO BOX 965060
ORLANDO FL 32896-5060

TD BANKNORTH NA
70 GRAY ROAD
FALMOUTH ME 04105-2299

TD BANK NA
SCHILLER KNAPP LEFKOWITZ HERTZEL LLP
30 MONTGOMERY STREET SUITE 1205
JERSEY CITY NJ 07302-3835

TD BANK NA
CO SCHILLER KNAPP LEFKOWITZ
HERTZEL LLP
950 NEW LOUDON ROAD
LATHAM NEW YORK 12110-2190

THE BANK OF NEW YORK MELLON
CO BANK OF AMERICA NA
PO BOX 31785
TAMPA FL 33631-3785

THE BANK OF NEW YORK MELLON FKA THE
BANK OF
MILSTEAD ASSOCIATES
1 EAST STOW ROAD
MARLTON NJ 08053-3118

THE BANK OF NEW YORK MELLON FKA THE
BANK OF
PO BOX 10826
GREENVILLE SC 29603-0826

THE BANK OF NEW YORK MELLON FKA THE
BANK OF
PO BOX 10826
GREENVILLE SC 29603-0826

THE CHRISTIE LODGE OWNERS ASSOCIATION
CO PORTERFIELD ASSOCIATES
PO BOX 3149
VAIL CO 81658-3149

THE CHRISTIE LODGE OWNERS ASSOCIATION
INC
CO MARC D MICELI ESQ
SM LAW PC
PO BOX 530
OLDWICK NJ 08858-0530

US TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102-5235
```

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Case 20-10966-ABA    Doc 111    Filed 03/31/23    Entered 03/31/23 11:26:56    Desc Main
Document      Page 6 of 6

| | | |
|---|---|---|
| VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901<br><br>WBL SPO I LLC<br>101 HUDSON ST 33RD FL<br>JERSEY CITY NJ 07302-3905<br><br>WBL SPO I LLC<br>STERN EISENBERG PC<br>1040 N KINGS HIGHWAY SUITE 407<br>CHERRY HILL NJ 08034-1925<br><br>WBL SPO I LLC<br>CO WORLD BUSINESS LENDERS<br>101 HUDSON ST 33RD FLOOR<br>JERSEY CITY NJ 07302-3905<br><br>WORLD BUSINESS LENDERS<br>CO ASSET RESOLUTION<br>101 HUDSON ST 33RD FLOOR<br>JERSEY CITY NJ 07302-3905 | | |
| | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.