UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICE OF LEE M. PERLMAN
1926 Greentree Road, Suite 100
Cherry Hill, NJ 08003
(856)751-4224

In Re:

Michael & Maria Heller

Case No.: 20-10966 ABA

Adv. No.: _____

Chapter: 13

Hearing Date: 05/02/2023

Judge: Altenburg

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, _____Lee M. Perlman_____,

   ☒ am the attorney for: _____debtor(s)_____

   ☐ am self-represented

   Phone number: ___856-751-4224___

   Email address: ___ecf@newjerseybankruptcy.com___

2. I request an adjournment of the following hearing:

   Matter: ___Motion to Vacate Dismissal___

   Current hearing date and time: ___05/02/2023 @ 10:00 am___

   New date requested: ___06/06/2023 @ 10:00 am___

   Reason for adjournment request: I respectfully request an adjournment as we work through the opposition details with our client(s).

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 04/28/2023                              /s/ Lee M. Perlman
                                              Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 6/6/23 @ 10 am          ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*