| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.:    20-10966-ABA<br>Chapter:    13 |
| In Re:<br>    Michael & Maria Heller | Judge:    Altenburg |

**WITHDRAWAL OF DOCUMENT**

Michael & Maria Heller, debtor(s) in the captioned bankruptcy case, hereby withdraw(s) the following document:

| | |
|---|---|
| Document Name: | Motion to Vacate Dismissal of Case |
| Date Filed: | 03/30/2023 |
| # on Docket: | 110 |

LAW OFFICES OF LEE M. PERLMAN
Attorneys for Debtor(s)

May 30, 2023     By:   /s/  Lee M. Perlman
Date              Lee M. Perlman, Esquire